| | | | |
|---|---|---|---|
| Case No. | **CV 17-7981 DMG (SSx)** | Date | November 14, 2017 |
| Title | *U.S. Bank National Association v. Dora Cervantes, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff(s)    Attorneys Present for Defendant(s)
None Present    None Present

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

    This matter comes before the Court upon Defendants' November 1, 2017 removal of Plaintiff's unlawful detainer action, which Plaintiff originally filed in Los Angeles County Superior Court on June 20, 2017. [Doc. # 1.] Defendants' Notice of Removal is identical to a notice filed on September 5, 2017 in related case, *U.S. Bank National Association v. Dora Cervantes*, No. CV 17-6526-DMG-SSx (C.D. Cal.), which also attempted to remove the action to federal court. [*See* Case No. 17-6526-DMG-SSx, Doc. # 1.]

    The Court incorporates herein the September 11, 2017 Remand Order issued in the related case [Case No. 17-6526-DMG-SSx, Doc. # 6.] and **REMANDS** this action to the Los Angeles County Superior Court on the same grounds. Further efforts to remove the same action to this District will result in summary remand of the action and the imposition of monetary sanctions upon the removing parties.

**IT IS SO ORDERED.**